mdi
3/30/12

| | | |
|---|---|---|
| **BROWNSVILLE** DIVISION | **CRIMINAL DOCKET** | NO. <u>B-12-374-S1</u> |
| FILE: 2012R02345 | | |
| SUPERSEDING | <u>JANUARY 7, 2013</u> | |
| <u>INDICTMENT</u> | Filed: <u>MAY 7, 2012</u> | Judge: <u>HANEN</u> |
| COUNTY: CAMERON | | |

**ATTORNEYS:**

UNITED STATES OF AMERICA         ROBERT PITMAN, USA

vs.                              MICHAEL WYNNE, AUSA

<u>ARMANDO VILLALOBOS</u> (YOB: 1968) USC         (Cts. 1-9)
<u>EDUARDO "EDDIE" LUCIO</u> (YOB: 1968) USC     (Cts. 1-5)

**CHARGE:**   Ct 1:  Racketeering;
Total              18 USC 1962(c)
Counts        Ct. 2: RICO Conspiracy
( 9 )              18 U.S.C. Section 1962(d)
              Ct. 3-9:  Extortion (Under Color of Official Right) and Aiding and Abetting
                   18 USC 1951 & 2
              Notice of Criminal Forfeiture; 18 USC 1963
              Notice of Criminal Forfeiture; 18 USC 981 & 28 USC 2461

**PENALTY:**   Cts. 1-9: 20 yrs and/or $250,000 fine (or if pecuniary gain or loss not more than twice gross gain or loss) plus 5 years SRT as to each count.

In Jail: X
On Bond:
No Arrest:
FBI-BRO/MARK GRIPKA

**P R O C E E D I N G S:**