| UNITED STATES DISTRICT COURT | | | | SOUTHERN DISTRICT OF TEXAS | | |
|---|---|---|---|---|---|---|
| United States of America | | | | Brownsville Division | | |
| v. | | | | Criminal No. B-12-374 | | |
| **Armando Villalobos & Eduardo Lucio** | | | | 1st Amended EXHIBIT LIST | | |
| List of United States of America | | | | AUSA's: Michael Wynne & Greg Surovic | | |
| | | | | Clerk: Cristy Sustaeta | | |
| Judge: Andrew S. Hanen | | | | Reporter: Barbara Barnard | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | Dilia Lopez Accident - Application and Affidavit for a Temporary Restraining Order and Temporary Injunction for Cause Number GN504127, filed on 11/21/2005 | | | | |
| 3 | Dilia Lopez Accident - Temporary Restraining Order and Order Setting Hearing on Temporary Injunction for Cause Number GN-05-004176, signed on 11/21/2005 | | | | |
| 4 | Dilia Lopez Accident - Original Petition for Cause Number D-1-05-004176      B108289-108290 | | | | |
| 5 | Dilia Lopez Accident - Case Notes List from Michael Cowan's case file       B900037-900077 | | | | |
| 6 | Dilia Lopez Accident - E-mail from Michael Cowen to FBI SA Mark Gripka -dated 4/30/2012 | | | | |
| 7 | Dilia Lopez Accident - $1,000,000 settlement check sent to Michael Cowan on 4/25/2006 | | | | |
| 8 | Dilia Lopez Accident - All Texas State Bank/Compass Bank records for Villalobos account numbers 51295865 (Camp Street), 51295857 (VPH Investment Trust), and 43103987 (Personal Checking) B310402-310597, 314516-314632, & 314752-315070 | | | | |
| 9 | | | | | |
| 10 | Dilia Lopez Accident - Texas State Bank check for $60,000 written from Cowan and Bodden to Michael Trejo -dated 5/18/2006    B350756 | | | | |
| 11 | Dilia Lopez Accident - Texas State Bank Ownership of Account Records for VPH Investment Trust DBA Campstreet Enterprises account - dated 5/19/2006    B314517 | | | | |
| 12 | Dilia Lopez Accident - Texas State Bank Ownership of Account Records for VPH Investment Trust account - dated 5/19/2006    B314442 | | | | |
| 13 | Dilia Lopez Accident - Texas State Bank Deposit into Campstreet Enterprises account in amount of $95,625 - dated 6/3/2006    B314627 | | | | |
| 14 | Dilia Lopez Accident - Texas State Bank check for $95,625 made payable to Camp Street Enterprises -dated 5/31/2006    B314628 | | | | |
| 15 | Dilia Lopez Accident - Texas State Bank check for $8,000 from Camp Street Enterprises account -dated 6/3/2006    B314629 | | | | |
| 16 | Dilia Lopez Accident - Texas State Bank check for $8,000 from Camp Street Enterprises account -dated 6/14/2006    B314631 | | | | |
| 17 | Dilia Lopez Accident - Texas State Bank deposit for $78,000 into VPH Investment Trust account -dated 6/14/2006    B314514 | | | | |
| 18 | Dilia Lopez Accident - Texas State Bank check for $78,000 into VPH Investment Trust account -dated 6/14/2006    B314515 | | | | |
| 19 | Dilia Lopez Accident - Texas State Bank check for $25,000 from VPH Investment Trust account -dated 6/19/2006    B314507 | | | | |
| 20 | Dilia Lopez Accident - Texas State Bank check for $15,000 from VPH Investment Trust account -dated 7/16/2006    B314508 | | | | |
| 21 | Dilia Lopez Accident - Texas State Bank check for $13,500 from VPH Investment Trust account -dated 8/23/2006    B314509 | | | | |
| 22 | Dilia Lopez Accident - Texas State Bank check for $4,600 from VPH Investment Trust account -dated 10/23/2006    B314510 | | | | |
| 23 | Dilia Lopez Accident - Texas State Bank check for $19,700 from VPH Investment Trust account -dated 1/16/2007    B314511 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 24 | Dilia Lopez Accident - Texas Government Code Chapter 46, Section 46.005 | | | | |
| 25 | Dilia Lopez Accident - Armando and Yolanda Villalobos Federal Income Tax Returns 2006-2010 B700000 - 700120 | | | | |
| 26 | Livingston Case - All Sprint phone toll records for telephone number 956-465-9429 (Villalobos)   B200000-200046 | | | | |
| 27 | Livingston Case - All Sprint phone toll records for telephone number 214-642-2199 (Lucio)   B200018-200033, & 200047-200058 | | | | |
| 28 | Livingston Case - All Sprint phone toll records for telephone number 956-455-7780 and 956-465-5919 (Limas)   B200059-200061 | | | | |
| 29 | Livingston Case - Summary of phone toll records for telephone numbers 956-465-9429 and 214-642-2199 in December of 2006 and January of 2007. | | | | |
| 30 | Livingston Case - Summary of phone toll records for telephone numbers 956-465-9429 and 214-642-2199 on 2/12-14/2007 | | | | |
| 31 | Livingston Case - Rule 11 Agreement drafted by Eddie Lucio -dated 2/12/2007   B103404 | | | | |
| 32 | Livingston Case - Plea Agreement for Amit Livingston -filed on 2/13/2007 | | | | |
| 33 | Livingston Case - Order on Motion to Deposit Funds Into District Clerk's Registry for the Benefit of Minors -filed on 2/14/2007   B103409-103414 | | | | |
| 34 | Livingston Case - Letter from Greg Gladden addressed to Eddie Lucio -dated 4/30/2007 | | | | |
| 35 | Livingston Case - All Texas State Bank/Compass Bank records for Lucio account numbers 51316161 and 51045591   B320385-320557 | | | | |
| 36 | Livingston Case - Texas State Bank records for Lucio's account showing deposit slip for $200,000 -dated 2/27/2007   B320706 | | | | |
| 37 | Livingston Case - Texas State Bank records for Lucio's account showing check for $200,000 -dated 2/16/2007   B320707 | | | | |
| 38 | Livingston Case - Summary of phone toll records for telephone numbers 956-465-9429 and 214-642-2199 on 2/15-16/2007 | | | | |
| 39 | Livingston Case - Summary of phone toll records for telephone number 214-642-2199 on 3/1-2/2007 | | | | |
| 40 | Livingston Case - Texas State Bank records showing $40,000 cash withdrawal from Lucio's account on 3/1/2007   B321086 | | | | |
| 41 | Livingston Case - Texas State Bank records showing $40,000 cash withdrawal from Lucio's account on 3/5/2007   B320878 | | | | |
| 42 | Livingston Case - Phone Toll records for telephone numbers 956-465-9429 and 214-642-2199 on 2/26/2007 through 3/7/2007 | | | | |
| 43 | Livingston Case - All Texas State Bank Records associated with  Limas' account number 608017212 B330573-330862 | | | | |
| 44 | Livingston Case - Texas State Bank records for Account Number 0608017212 in the name of Abel and Genevieve Limas   B330573-330892 | | | | |
| 45 | Livingston Case - Summary of phone toll records for those dates between 956-455-7780 and 956-465-9429 | | | | |
| 46 | Livingston Case - Texas State Bank Records showing $1,800 cash deposit into Limas' account on 8/24/2007 B330613 | | | | |
| 47 | Livingston Case - Texas State Bank Records showing a $900 cash deposit into Limas' account on 8/29/2007 B330616 | | | | |
| 48 | Livingston Case - Texas State Bank Records showing a $3075 cash deposit into Limas' account on 8/30/2007   B330619 | | | | |
| 49 | Livingston Case - Summary of phone tolls between telephone numbers 956-455-7780 and 956-465-9429 in August 2007 | | | | |
| 50 | Ramos Case - Docket Sheet for Cause Number 06-CR-00002426C   B108415-108416 | | | | |
| 51 | Ramos Case - Indictment in Cause Number 06-CR-00002426C   B108417-108418 | | | | |
| 52 | Ramos Case - Text messages between Armando Villalobos and Carlos Justino Ramos | | | | |
| 53 | Ramos Case - Motion for Appearance of Counsel filed by Eddie Lucio on 6/6/2007   B108490 | | | | |
| 54 | Ramos Case - State's Motion to Dismiss -filed on 10/22/2007   B108494 | | | | |
| 55 | Ramos Case - Order of Dismissal -signed on 10/22/2007   B108494 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 56 | Villarreal Truck Seizure - Docket sheet for Cause Number 2008-06-3726-E    B902174-902175 | | | | |
| 57 | Villarreal Truck Seizure - Plaintiff's Original Petition and Notice of Seizure and Intended Forfeiture -filed on 6/30/2008    B902176-902179 | | | | |
| 58 | Villarreal Truck Seizure - Article 59.03 Statement of Seized Property drafted by Manuel Trevino on 6/30/2008    B902180-902182 | | | | |
| 59 | Villarreal Truck Seizure -All Sprint phone toll records for telephone number 956-245-3238    B200070-200622 | | | | |
| 60 | Villarreal Truck Seizure - Phone toll records for telephone number 956-245-3238 on 6/27/2008 | | | | |
| 61 | Villarreal Truck Seizure - Agreed Final Judgment filed on 8/6/2008    B902190-902192 | | | | |
| 62 | Villarreal Truck Seizure - All Hibernia National Bank records for De La Fuente account number 3701047698    B360696-360728 | | | | |
| 63 | Villarreal Truck Seizure - Hibernia National Bank records showing $42,000 dated 8/20/2008 | | | | |
| 64 | Villarreal Truck Seizure - Hibernia National Bank records showing $43,402 deposit into De La Fuente's Hibernia bank account on 8/28/2008 | | | | |
| 65 | Villarreal Truck Seizure - Compass Bank records showing a $42,000 check dated 8/20/2008    B320979 | | | | |
| 66 | Villarreal Truck Seizure - Compass Bank records showing a $42,000 deposit into Eddie Lucio's account on 8/25/2008    B320979 | | | | |
| 67 | Villarreal Truck Seizure - Summary of phone toll records for telephone number 214-642-2199 on 8/25/2008 | | | | |
| 68 | Villarreal Truck Seizure - Compass Bank records showing a $6,000 cash withdrawal from Eddie Lucio's account on 8/27/2008    B321060 | | | | |
| 69 | Villarreal Truck Seizure - Compass Bank records showing a $3,000 cash withdrawal from Eddie Lucio's account on 9/16/2008    B321063 | | | | |
| 70 | Villarreal Truck Seizure - Summary of phone toll records for telephone number 214-642-2199 on 9/16/2008 | | | | |
| 71 | Villarreal Truck Seizure -Hand Written note in DA's Office file concerning settlement    B100122 | | | | |
| 72 | Villarreal House Seizure - Plaintiff's Original Petition and Notice of Seizure and Intended Forfeiture -filed on 5/20/2010    B106056-106059 | | | | |
| 73 | Villarreal House Seizure - Summary of phone toll records for telephone number 956-245-3238 on 5/8/2010 | | | | |
| 74 | Villarreal House Seizure - All Text messages downloaded from telephone number 956-245-3238 | | | | |
| 75 | Villarreal House Seizure - Summary of text messages from telephone number 956-245-3238 | | | | |
| 76 | Villarreal House Seizure - Hotel Derek records for Oscar De La Fuente and Tracy Franklin B901268-901269 | | | | |
| 77 | Villarreal House Seizure - Federal Bureau of Prisons Beaumont records of meeting between Oscar De La Fuente and Julio Villarreal | | | | |
| 78 | Villarreal House Seizure - Agreed Final Judgment -filed on 3/15/2011    B106052-106054 | | | | |
| 79 | Villarreal House Seizure - All Coastal Bank records for De La Fuente IOLTA account number 2278677 B360729-360802 | | | | |
| 80 | Villarreal House Seizure - All Capital One records for De La Fuente Law Office account number 3701047698, and Personal account number 3702116391    B360018-360457 & 360696-360728 | | | | |
| 81 | Villarreal House Seizure - Coastal Bank records showing a $97,000 check dated 4/13/2011 | | | | |
| 82 | Villarreal House Seizure - Coastal Bank records showing a $97,000 deposit into De La Fuente IOLTA account on 4/18/2011 | | | | |
| 83 | Villarreal House Seizure - Capital One Bank records showing a $52,000 check dated 4/25/2011 | | | | |
| 84 | Villarreal House Seizure - Capital One Bank records showing a $52,000 check dated 4/25/2011, deposited into De La Fuente Law Office account | | | | |
| 85 | Villarreal House Seizure - Capital One Bank redords showing a $50,000 check dated 4/26/2011, written from De La Fuente's Law Office account and deposited into De La Fuente's personal checking account | | | | |

| No. | Description | Ofr. | Obj | Adm | Date |
|---|---|---|---|---|---|
| 86 | Villarreal House Seizure - Capital One Bank records showing $2,500 check written from Oscar De La Fuente to Armando Villalobos -dated 5/4/2011   B360454 | | | | |
| 87 | Villarreal House Seizure - Capital One Bank records showing $2,500 check written from Melissa De La Fuente to Armando Villalobos -dated 5/4/2011   B360455 | | | | |
| 88 | Villarreal House Seizure - Text messages from telephone number 956-245-3238 | | | | |
| 89 | Pepe Villarreal Murder Case - Docket sheet for Cause Number 2008-CR-234-E   B100268-100269 | | | | |
| 90 | Pepe Villarreal Murder Case - State's Motion to Dismiss -filed on 3/17/2011 | | | | |
| 91 | Hervey Roel Cases - Hervey Roel Photograph and Criminal History | | | | |
| 92 | Hervey Roel Cases - List of 12 criminal cases involving Hervey Roel | | | | |
| 93 | Hervey Roel Cases - Photograph of Yessica Reyes | | | | |
| 94 | Hervey Roel Cases - Hospital document provided to Yessica Reyes -dated 8/17/2009   B903487-903489 | | | | |
| 95 | Hervey Roel Cases - Photographs of injuries sustained by Yessica Reyes   B903490-903492 | | | | |
| 96 | Hervey Roel Cases - Docket sheet for Cause Number 10-CR-887-E   B104093-104094 | | | | |
| 97 | Hervey Roel Cases - Indictment for Aggravated Assault -filed on 4/28/2010   B104089-104090 | | | | |
| 98 | Hervey Roel Cases - Notice of State's Intention to Introduce Extraneous Offenses B104111-104113 | | | | |
| 99 | Hervey Roel Cases - State's Motion to Dismiss for Cause Number 10-CR-887-E -signed 11/19/2010 B104091 | | | | |
| 100 | Hervey Roel Cases - Docket sheet for Cause Number 10-CR-1001-E   B104122-104123 | | | | |
| 101 | Hervey Roel Cases - Indictment for Aggravated Assault/Endangering of a Child -filed on 5/13/2010 B104118-104119 | | | | |
| 102 | Hervey Roel Cases - Notice of State's Intention to Introduce Extraneous Offenses -filed 7/2/2010   B104134-104136 | | | | |
| 103 | Hervey Roel Cases - Order Amending Indictment -signed on 7/29/2010   B104140 | | | | |
| 104 | Hervey Roel Cases - State's Motion to Dismiss for Cause Number 10-CR-1001-E -signed on 11/19/2010 B104120 | | | | |
| 105 | Hervey Roel Cases - Docket sheet for Cause Number 10-CCR-4653-C   B104157 | | | | |
| 106 | Hervey Roel Cases - State's Motion to Dismiss for Cause Number 10-CCR-4653-C -siged 10/18/2010 B104510 | | | | |
| 107 | Hervey Roel Cases - Docket sheet for Cause Number 10-CCR-4656-C   B104526 | | | | |
| 108 | Hervey Roel Cases - State's Motion to Dismiss for Cause Number 10-CCR-4656-C   B104528 | | | | |
| 109 | Hervey Roel Cases - Docket sheet for Cause Number 10-CCR-3003-C   B104495-104496 | | | | |
| 110 | Hervey Roel Cases - Complaint for Assault/Family Violence -sworn to on 5/13/2010   B104515 | | | | |
| 111 | Hervey Roel Cases - Misdemeanor Plea of Guilty for 10-CCR-3003-C -signed on 10/18/2010   B104503-104504 | | | | |
| 112 | Hervey Roel Cases - Judgment on Plea of Guilty for 10-CCR-3003-C -filed 10/18/2010   B104509-104510 | | | | |
| 113 | Hervey Roel Cases - Docket sheet for Cause Number 10-CCR-4659-C   B104537-104538 | | | | |
| 114 | Hervey Roel Cases - Complaint for Assault/Family Violence -sworn to on 8/12/2010   B104539 | | | | |
| 115 | Hervey Roel Cases - Misdemeanor Plea of Guilty for 10-CCR-4659-C -filed on 10/18/2010   B104542-104543 | | | | |
| 116 | Hervey Roel Cases - Judgment on Plea of Guilty for 10-CCR-4659-C -signed on 10/18/2010   B104545-104546 | | | | |
| 117 | Hervey Roel Cases -  Motion for Early Termination and/or Modification of Community Supervision for 10-CCR-4659-C -filed on 4/5/2011   B104550-104551 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 118 | Hervey Roel Cases - Order Setting Hearing on Defendant's Motion for Early Termination (10-CCR-4659-C) for 5/18/2011 -signed on 4/7/2011   B104552 | | | | |
| 119 | Hervey Roel Cases - Docket sheet for Cause Number 10-CCR-4662-C   B104554-104555 | | | | |
| 120 | Hervey Roel Cases -  Complaint for Assault/Family Violence -sworn to on 8/12/2010   B104562 | | | | |
| 121 | Hervey Roel Cases - Misdemeanor Plea of Guilty for 10-CCR-4662-C -filed on 10/18/2010   B104560-104561 | | | | |
| 122 | Hervey Roel Cases - Judgment on Plea of Guilty for 10-CCR-4662-C -filed on 10/18/2010   B104565-104566 | | | | |
| 123 | Hervey Roel Cases - Motion for Early Termination and/or Modification of Community Supervision for 10-CCR-4662-C -filed on 4/5/2011   B104556-104557 | | | | |
| 124 | Hervey Roel Cases - Order Setting Hearing on Defendant's Motion for Early Termination (10-CCR-4662-C) for 5/18/2011 -signed on 4/7/2011   B104558 | | | | |
| 125 | Hervey Roel Cases - Order Modifying Probation Judgment for 10-CCR-4662-C -signed on 12/28/2011 B104569 | | | | |
| 126 | Hervey Roel Cases - Order Reducing and Terminating Supervision for 10-CCR-4662-C -signed on 12/28/2011   B104570 | | | | |
| 127 | Hervey Roel Cases - Texas Messages from telephone number 956-245-3238 | | | | |
| 128 | Daniel Juarez Cases - Photograph and Criminal History for Daniel Juarez | | | | |
| 129 | Daniel Juarez Cases - Inmate Information Form with notes from Oscar De La Fuente | | | | |
| 130 | Daniel Juarez Cases - List of 12 Criminal Cases involving Daniel Juarez | | | | |
| 131 | Daniel Juarez Cases - Case Report Summary from Harlingen Police Department for incident occuring on 1/14/2010 | | | | |
| 132 | Daniel Juarez Cases - Docket sheet from Cause Number 10-CCR-5943-C   B104637-104638 | | | | |
| 133 | Daniel Juarez Cases - Misdemeanor Plea of Guilty (10-CCR-5943-C) -filed 10/7/2010   B104642-104643 | | | | |
| 134 | Daniel Juarez Cases - Judgment on Plea of Guilty (10-CCR-5943-C) -signed on 10/7/2010 B104644-104645 | | | | |
| 135 | Daniel Juarez Cases - Docket sheet from Cause Number 10-CCR-6033-C   B104655 | | | | |
| 136 | Daniel Juarez Cases - Complaint for Criminal Trespassing (10-CCR-6033-C)   B104658 | | | | |
| 137 | Daniel Juarez Cases - Misdemeanor Plea of Guilty (10-CCR-6033-C) -filed 10/7/2010   B104660-104661 | | | | |
| 138 | Daniel Juarez Cases - Judgment on Plea of Guilty (10-CCR-6033-C) -signed on 10/7/2010   B104663-104664 | | | | |
| 139 | Daniel Juarez Cases - Commitment dated 10/7/2010 (10-CCR-6033-C)   B104667 | | | | |
| 140 | Daniel Juarez Cases - Text messages from telephone number 956-245-3238 | | | | |
| 141 | Jose Manuel De Leon Cases - La Feria Police Department Offense/Incident Report -dated 2/21/2007 B903199-903204 | | | | |
| 142 | Jose Manuel De Leon Cases - La Feria Police Department Video -dated 2/24/2010   B903196-903197 | | | | |
| 143 | Jose Manuel De Leon Cases - Text messages from telephone number 956-245-3238 | | | | |
| 144 | Jose Manuel De Leon Cases - Pre-Trial Diversion Contract for Jose Manuel De Leon -dated 8/6/2010 | | | | |
| 145 | Idelfonso Perez Cases - Photograph and Criminal History for Idelfonso Perez | | | | |
| 146 | Idelfonso Perez Cases - List of 4 criminal cases involving Idelfonso Perez | | | | |
| 147 | Idelfonso Perez Cases - Docket sheet for Cause Number 93-CR-268-D   B103555-103556 | | | | |
| 148 | Idelfonso Perez Cases - Indictment for Indecency with a Child charge -filed on 2/24/1993  B103557-103558 | | | | |
| 149 | Idelfonso Perez Cases - Written Waiver and Consent to Stipulation of Testimony, Waiver of Jury, and Plea of Guilty for Cause Number 93-CR-268-D -filed 4/5/1993   B103568-103573 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 150 | Idelfonso Perez Cases - Voluntary Statement of Accused signed by Idelfonso Perez    B103585 | | | | |
| 151 | Idelfonso Perez Cases - Docket sheet for Cause Number 06-CR-1674-D    B103482-103485 | | | | |
| 152 | Idelfonso Perez Cases - Complaint for Possession of Cocaine charge (06-CR-1674-D) -sworn to on 8/21/2006    B103486-103487 | | | | |
| 153 | Idelfonso Perez Cases - Information for Possession of Cocaine charge (06-CR-1674-D)    B103488 | | | | |
| 154 | Idelfonso Perez Cases - Written Waiver and Consent to Stipulation of Testimony, Waiver of Jury, and Plea of Guilty (06-CR-1674-D) -signed 9/21/2006    B103495-103497 | | | | |
| 155 | Idelfonso Perez Cases - Judgment of Conviction Sentence Suspended; Placement on Community Supervision (06-CR-1674-D) -signed 11/9/2006    B103520-103525 | | | | |
| 156 | Idelfonso Perez Cases - Magistrate's Warning for Deadly Conduct charge, Cause Number 2010XMG003173 B900083 | | | | |
| 157 | Idelfonso Perez Cases - Probable Cause Affidavit -sworn to on 9/19/2010    B900085-900089 | | | | |
| 158 | Idelfonso Perez Cases - State's Motion to Revoke Community Supervision Probated Sentence (06-CR-1674-D)-filed on 12/9/2010    B103544-103545 | | | | |
| 159 | Idelfonso Perez Cases - Order Issuing Capias and Ordering Arrests (06-CR-1674-D)-filed 12/16/2010 B103542 | | | | |
| 160 | Idelfonso Perez Cases - Order Modifying Probation Judgment (06-CR-1674-D) -signed on 12/9/2011 B103551 | | | | |
| 161 | Idelfonso Perez Cases - State's Motion to Withdraw State's Petition to Adjudicate/Revoke and Order Dismissing Criminal Charge (06-CR-1674-D)-signed on 1/11/2011    B104921 | | | | |
| 162 | Idelfonso Perez Cases - State's Motion to Dismiss and Order of Dismissal for Deadly Conduct charge (10-XMG-3173) -signed on 6/22/2011    B900099 | | | | |
| 163 | Idelfonso Perez Cases - Texas Department of Public Safety Public Sex Offender Registry for Idelfonso Perez | | | | |
| 164 | Idelfonso Perez Cases - Statement signed by Idelfonso Perez, Jr.    B900546 | | | | |
| 165 | Idelfonso Perez Cases - Note from Oscar De La Fuente case file showing Idelfonso Perez, Jr.'s statement given to Joe Lopez on 12/13/2010    B900100 | | | | |
| 166 | Idelfonso Perez Cases - Text messgages from telephone number 956-245-3238 | | | | |
| 167 | Enrique Cavillo, Jr. Cases - Photograph and Criminal History for Enrique Cavillo, Jr. | | | | |
| 168 | Enrique Cavillo, Jr. Cases - List of 33 criminal cases involving Enrique Cavillo, Jr. | | | | |
| 169 | Enrique Cavillo, Jr. Cases - Docket sheet for Cause Number 09-CR-272-A    B104145-104147 | | | | |
| 170 | Enrique Cavillo, Jr. Cases - Indictment for Driving While Intoxicated (2 or more prior convictions) -filed on 2/25/2009    B104142-104143 | | | | |
| 171 | Enrique Cavillo, Jr. Cases - Motion to Dismiss (09-CR-272-A) -signed on 4/30/2010    B104144 | | | | |
| 172 | Enrique Cavillo, Jr. Cases - Docket sheet for Cause Number 10-CCR-0291-C    B104765 | | | | |
| 173 | Enrique Cavillo, Jr. Cases - Information for Possession of Marijuana charge (10-CCR-0291-C) -sworn to on 12/8/2009    B104767 | | | | |
| 174 | Enrique Cavillo, Jr. Cases - State's Motion and Order of Dismissal (10-CCR-0291-C) -signed 4/26/2010 B104779 | | | | |
| 175 | Enrique Cavillo, Jr. Cases - Docket sheet for Cause Number 10-CR-0325-A    B104188-104189 | | | | |
| 176 | Enrique Cavillo, Jr. Cases - Indictment for Possession of a Controlled Substance (10-CR-0325-A) -filed on 2/17/2010    B104190-104191 | | | | |
| 177 | Enrique Cavillo, Jr. Cases - Written Waiver and Consent to Stipulation of Testimony, Waiver of Jury, and Plea of Guilty (10-CR-0325-A) -filed on 4/5/2010    B104200-104202 | | | | |
| 178 | Enrique Cavillo, Jr. Cases - Brownsville Police Department Law Incident Narrative -drafted by M. Morones, Jr. on 11/14/2009    B104205 | | | | |
| 179 | Enrique Cavillo, Jr. Cases - Brownsville Police Department Booking Summary Sheet Report for arrest on 11/14/2009    B104206-104208 | | | | |
| 180 | Enrique Cavillo, Jr. Cases - Plea of Guilty (10-CR-325-A) -dated 4/5/2010    B104213 | | | | |
| 181 | Enrique Cavillo, Jr. Cases - Punishment Hearing (10-CR-325-A) -dated 4/26/2010    B104214 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 182 | Enrique Cavillo, Jr. Cases - Judgment of Conviction State Jail Felony Sentence Suspended; Placement on Community Supervision (10-CR-325-A) -signed on 4/30/2010    B104216-104220 | | | | |
| 183 | Enrique Cavillo, Jr. Cases - Order Terminating Defendant's Probation (10-CR-325-A) -signed on 8/24/2010    B104225 | | | | |
| 184 | Enrique Cavillo, Jr. Cases - Brownsville Herald press article documenting Cavillo's fatal accident -dated 7/28/2010    B104226-104227 | | | | |
| 185 | Enrique Cavillo, Jr. Cases - Photographs of Cavillo's fatal accident    B903631-903637 | | | | |
| 186 | Roberto Garcia Case - Photograph and criminal history | | | | |
| 187 | Roberto Garcia Case - Docket sheet for Cause Number 02-CR-408-A    B103599-103606 | | | | |
| 188 | Roberto Garcia Case - Indictment for Driving While Intoxicated (2 or more priors) (02-CR-408-A) -filed on 4/17/2002    B103607-103608 | | | | |
| 189 | Roberto Garcia Case - Guilty Plea (02-CR-408-A) -dated 6/26/2002    B103624 | | | | |
| 190 | Roberto Garcia Case - Written Waiver and Consent to Stipulation of Testimony, Waiver of Jury and Plea of Guilty (02-CR-408-A) -signed on 6/26/2002    B103625-103627 | | | | |
| 191 | Roberto Garcia Case - Judgment of Conviction, Sentence Suspended; Placement on Community Supervision (02-CR-408-A) -signed on 7/30/2002    B103641-103646 | | | | |
| 192 | Roberto Garcia Case - States Motion to Revoke Probated Sentence (02-CR-408-A) -filed on 1/31/2006    B103658-103659 | | | | |
| 193 | Roberto Garcia Case - Judgment Revoking Supervision Sentence to Institutional division (02-CR-408-A) -signed on 2/23/2006    B103661-103663 | | | | |
| 194 | Roberto Garcia Case - Order Placing Defendant on Community Supervision Under Tex. Code Crim. Pro. Sect. 6 (Felony Shock) (02-CR-408-A) -signed on 6/28/2006    B103679 | | | | |
| 195 | Roberto Garcia Case - States's Motion to Revoke Probated Sentence (02-CR-408-A) -filed on 12/5/2006    B103686-103688 | | | | |
| 196 | Roberto Garcia Case - Order Setting Hearing and Ordering Arrest (02-CR-408-A) -filed on 12/12/2006    B105369 | | | | |
| 197 | Roberto Garcia Case - Letter from Court notifying Oscar De La Fuente of hearing on State's Motion to Revoke set for 11/17/2008 (02-CR-408-A) | | | | |
| 198 | Roberto Garcia Case - Letter from Community Supervision Officer Cesar Mendez regarding State's Motion to Revoke Hearing (02-CR-408-A) -filed on 11/14/2008    B103701-103702 | | | | |
| 199 | Roberto Garcia Case - Motion to Revoke/Adjudicate (02-CR-408-A) -dated 11/17/2008    B103703 | | | | |
| 200 | Roberto Garcia Case - Order of Modification (02-CR-408-A) -signed on 11/19/2008    B103704 | | | | |
| 201 | Roberto Garcia Case - Offense report from Garcia's Probation file    B105399-105413 | | | | |
| 202 | Roberto Garcia Case - Notes made by Officer Cesar Mendez from Garcia's Probation file -dated 11/17/2008 | | | | |
| 203 | Vicente Atkinson Cases - Photograph and Criminal History for Vicente Atkinson | | | | |
| 204 | Vicente Atkinson Cases - Docket Sheet for Cause Number 09-CR-887-E    B103451-103452 | | | | |
| 205 | Vicente Atkinson Cases - Indictment for Possession of a Controlled Substance (09-CR-887-E) -filed on 4/22/2009    B103453-103454 | | | | |
| 206 | Vicente Atkinson Cases - State's Notice of Extraneous Offenses (09-CR-887-E) -filed on 6/18/2009    B103468 | | | | |
| 207 | Vicente Atkinson Cases - State's Motion to Abate Proceedings (09-CR-887-E) -filed on 11/10/2009    B103472 | | | | |
| 208 | Vicente Atkinson Cases - Order to Abate Proceedings (09-CR-887-E) -signed on 11/18/2009    B103471 | | | | |
| 209 | Armando Ruelas Case - Photograph  and Criminal History | | | | |
| 210 | Armando Ruelas Case - Docket sheet for Cause Number 09-CR-115-C    B101857-101858 | | | | |
| 211 | Armando Ruelas Case - Order to Abate Proceedings (09-CR-115-C) -signed on 9/14/2009    B101917 | | | | |
| 212 | Armando Ruelas Case - Limas' calander for 9/16/2009    B900172 | | | | |
| 213 | Rodolfo Gutierrez Cases - Photograph and Criminal History for Rodolfo Gutierrez    B905898-905903 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 214 | Rodolfo Gutierrez Cases - List of criminal cases for Gutierrez | | | | |
| 215 | Rodolfo Gutierrez Cases - Docket Sheet for Cause Number 09-CCR-6020-B    B105595-105596 | | | | |
| 216 | Rodolfo Gutierrez Cases - Judgment on Plea of Guilty (09-CCR-6020-B) -dated 11/15/2010    B105614-105615 | | | | |
| 217 | Rodolfo Gutierrez Cases - Docket Sheet for Cause Number 09-CCR-6023-B    B105627 | | | | |
| 218 | Rodolfo Gutierrez Cases - State's Motion and Order to Dismiss (09-CCR-6023-B) -signed 4/15/2010  B105641 | | | | |
| 219 | Marco Valencia Cases - Photograph and Criminal History for Marco Valencia | | | | |
| 220 | Marco Valencia Cases - List of criminal cases for Marco Valencia | | | | |
| 221 | Marco Valencia Cases - Docket Sheet for Cause Number 09-CR-2669-I    B105471-105472 | | | | |
| 222 | Marco Valencia Cases - Judgment of Conviction; Sentence to State Jail -filed 1/13/2011    B105481-105483 | | | | |
| 223 | Villarreal House Seizure - Hand written notes from DA's Office files concerning settlement    B100159-100160 | | | | |
| 224 | Pepe Villarreal Murder Case - Memo in DA's Office File refeerence dismissal  B100231 | | | | |
| 225 | Armando Rueles Case - Hand written notes from DA's Office file reference plea netotiations    B101858 and B101860 | | | | |
| 226 | Yolanda De Leon Case - Transcript from hearing held on 10/09/2008    B902399-902428 | | | | |
| 227 | Yolanda De Leon Case - Transcript from hearing held on 11/14/2008    B902429-902479 | | | | |
| 228 | Intercepted Call - 10/31/2007, between De La Fuente and Longoria (XXX-0137, Session 637)    B802500 | | | | |
| 229 | Transcript of Intercepted Call - 10/31/2007, between De La Fuente and Longoria (XXX-0137, Session 637) | | | | |
| 230 | Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 687)    B802502 | | | | |
| 231 | Transcript of Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 687) | | | | |
| 232 | Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 700)    B802502 | | | | |
| 233 | Transcript of Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 700) | | | | |
| 234 | Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 703)    B802502 | | | | |
| 235 | Transcript of Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 703) | | | | |
| 236 | Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 707)    B802502 | | | | |
| 237 | Transcript of Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 707) | | | | |
| 238 | Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 711)    B802502 | | | | |
| 239 | Transcript of Intercepted Call - 12/05/2007, between Limas and Valle (XXX-7780, Session 711) | | | | |
| 240 | Intercepted Call - 12/06/2007, between Limas and Valle (XXX-7780, Session 730)    B802502 | | | | |
| 241 | Transcript of Intercepted Call - 12/06/2007, between Limas and Valle (XXX-7780, Session 730) | | | | |
| 242 | Intercepted Call - 12/12/2007, between Limas and Villalobos (XXX-7780, Session 1009)    B802502 | | | | |
| 243 | Transcript of Intercepted Call - 12/12/2007, between Limas and Villalobos (XXX-7780, Session 1009) | | | | |
| 244 | Intercepted Call - 12/17/2007, between Limas and Arturo Nelson (XXX-7780, Session 1237)    B802502 | | | | |
| 245 | Transcript of Intercepted Call - 12/12/2007, between Limas and Arturo Nelson (XXX-7780, Session 1237) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 246 | Intercepted Call - 12/29/2007, between Limas and Valle (XXX-7780, Session 1904)    B802502 | | | | |
| 247 | Transcript of Intercepted Call - 12/29/2007, between Limas and Valle (XXX-7780, Session 1904) | | | | |
| 248 | | | | | |
| 249 | | | | | |
| 250 | Intercepted Call - 1/29/2008, between Limas and Villalobos (XXX-7780, Session 4568)    B802502 | | | | |
| 251 | Transcript of Intercepted Call - 1/29/2008, between Limas and Villalobos (XXX-7780, Session 4568) | | | | |
| 252 | Intercepted Call - 2/8/2008, between Limas and Peter Zavaletta (XXX-7780, Session 5670)    B802502 | | | | |
| 253 | Transcript of Intercepted Call - 2/8/2008, between Limas and Peter Zavaletta (XXX-7780, Session 5670) | | | | |
| 254 | Intercepted Call - 2/18/2008, between Limas and Greg Gladden (XXX-7780, Session 6904)    B802502 | | | | |
| 255 | Transcript of Intercepted Call - 2/18/2008, between Limas and Greg Gladden (XXX-7780, Session 6904) | | | | |
| 256 | Intercepted Call - 2/20/2008, between Limas and Villalobos (XXX-7780, Session 7296)    B802502 | | | | |
| 257 | Transcript of Intercepted Call - 2/20/2008, between Limas and Villalobos (XXX-7780, Session 7296) | | | | |
| 258 | Intercepted Call - 2/22/2008, between Limas and Villalobos (XXX-7780, Session 7612)    B802502 | | | | |
| 259 | Transcript of Intercepted Call - 2/22/2008, between Limas and Villalobos (XXX-7780, Session 7612) | | | | |
| 260 | Intercepted Call - 3/1/2008, between Limas and Villalobos (XXX-7780, Session 8710)    B802502 | | | | |
| 261 | Transcript of Intercepted Call - 3/1/2008, between Limas and Villalobos (XXX-7780, Session 8710) | | | | |
| 262 | Intercepted Call - 3/25/2008, between Limas and Valle (XXX-5919, Session 965)    B802499 | | | | |
| 263 | Transcript of Intercepted Call - 3/25/2008, between Limas and Valle (XXX-5919, Session 965) | | | | |
| 264 | Intercepted Call - 3/26/2008, between De La Fuente and Longoria (XXX-8771, Session 5768)    B802503 | | | | |
| 265 | Transcript of Intercepted Call - 3/26/2008, between De La Fuente and Longoria (XXX-8771, Session 5768) | | | | |
| 266 | Intercepted Call - 3/27/2008, between Limas and Villalobos (XXX-5919, Session 1083)    B802499 | | | | |
| 267 | Transcript of Intercepted Call - 3/27/2008, between Limas and Villalobos (XXX-5919, Session 1083) | | | | |
| 268 | Intercepted Call - 6/27/2008, between Limas and Villalobos (XXX-5919, Session 3786)    B802499 | | | | |
| 269 | Transcript of Intercepted Call - 6/27/2008, between Limas and Villalobos (XXX-5919, Session 3786) | | | | |
| 270 | Intercepted Call - 7/2/2008, between Limas and Villalobos (XXX-5919, Session 3945)    B802499 | | | | |
| 271 | Transcript of Intercepted Call - 7/2/2008, between Limas and Villalobos (XXX-5919, Session 3945) | | | | |
| 272 | Intercepted Call - 7/2/2008, between Limas and Villalobos (XXX-5919, Session 3985)    B802499 | | | | |
| 273 | Transcript of Intercepted Call - 7/2/2008, between Limas and Villalobos (XXX-5919, Session 3985) | | | | |
| 274 | Intercepted Call - 7/2/2008, between Limas and Villalobos (XXX-5919, Session 3986)    B802499 | | | | |
| 275 | Transcript of Intercepted Call - 7/2/2008, between Limas and Villalobos (XXX-5919, Session 3986) | | | | |
| 276 | Intercepted Call - 7/3/2008, between Limas and Villalobos (XXX-5919, Session 4010)    B802499 | | | | |
| 277 | Transcript of Intercepted Call - 7/3/2008, between Limas and Villalobos (XXX-5919, Session 4010) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 278 | Intercepted Call - 7/8/2008, between Longoria and Julio Villarreal (XXX-0495, Session 3407)   B802501 | | | | |
| 279 | Transcript of Intercepted Call - 7/8/2008, between Longoria and Julio Villarreal (XXX-0495, Session 3407) | | | | |
| 280 | Intercepted Call - 7/9/2008, between Longoria and Julio Villarreal (XXX-0495, Session 3458)   B802501 | | | | |
| 281 | Transcript of Intercepted Call - 7/9/2008, between Longoria and Julio Villarreal (XXX-0495, Session 3458) | | | | |
| 282 | Intercepted Call - 7/15/2008, between Limas and Villalobos (XXX-5919, Session 4397)   B802499 | | | | |
| 283 | Transcript of Intercepted Call - 7/15/2008, between Limas and Villalobos (XXX-5919, Session 4397) | | | | |
| 284 | Intercepted Call - 7/27/2008, between Longoria and Julio Villarreal (XXX-0495, Session 4059)   B802501 | | | | |
| 285 | Transcript of Intercepted Call - 7/27/2008, between Longoria and Julio Villarreal (XXX-0495, Session 4059) | | | | |
| 286 | Intercepted Call - 10/22/2008, between Limas and Solis (XXX-5919, Session 6858)   B802499 | | | | |
| 287 | Transcript of Intercepted Call - 10/22/2008, between Limas and Solis (XXX-5919, Session 6858) | | | | |
| 288 | Intercepted Call - 10/28/2008, between Limas and Villalobos (XXX-5919, Session 7032)   B802499 | | | | |
| 289 | Transcript of Intercepted Call - 10/28/2008, between Limas and Villalobos (XXX-5919, Session 7032) | | | | |
| 290 | Intercepted Call - 10/28/2008, between Limas and Trey Martinez (XXX-5919, Session 7050)   B802499 | | | | |
| 291 | Transcript of Intercepted Call - 10/28/2008, between Limas and Trey Martinez (XXX-5919, Session 7050) | | | | |
| 292 | Intercepted Call - 12/15/2008, between Limas and Solis (XXX-4676, Session 3565)   B802499 | | | | |
| 293 | Transcript of Intercepted Call - 12/15/2008, between Limas and Solis (XXX-4676, Session 3565) | | | | |
| 294 | Villalobos Money Orders | | | | |
| 295 | Villalobos Cash Activity - (Being completed by FBI FA Maria Elena Hinojosa) | | | | |
| 296 | Compass Bank Records showing Villalobos' access to safe deposit box | | | | |
| 297 | Receipts of cash paid by Yolanda Villalobos to attend medical school in Mexico (obtain from Yolanda's attorney) | | | | |
| 298 | George Alvarez Case - Docket Sheet for Cause Number 2005-CR-2032-C | | | | |
| 299 | George Alvarez Case - Indictment of Assault on a Public Servant Cause Number 2005-CR-2032-C, dated 1/25/2006 | | | | |
| 300 | George Alvarez Case - Complaint filed on 12/15/2005, Cause Number 2005-CR-2032-C | | | | |
| 301 | | | | | |
| 302 | George Alvarez Case - Guilty Plea filed on 3/10/2006, Cause Number 2005-CR-2032-C | | | | |
| 303 | George Alvarez Case - Letter from Community Supervision Officer Marisela Rodriguez to Judge Migdalia Lopez requesting hearing for Motion to Revoke Alvarez's probation, filed 11/13/2006 | | | | |
| 304 | George Alvarez Case - Motion to Revoke w/ notation indicating probation was revoked and Alvarez sentenced to 8 years in prison, dated 11/14/2006 | | | | |
| 305 | George Alvarez Case - Judgment Revoking Supervision Sentence to Institutional Division, signed on 11/22/2006 | | | | |
| 306 | George Alvarez Case - Application for a Writ of Habeas Corpus Seeking Relief From Final Felony Conviction and Memorandum of Law and Brief in Support of Application - signed by Alvarez and filed by Eddie Lucio on 5/17/2010 | | | | |
| 307 | George Alvarez Case - Plaintiff's Original Complaint/Petition, signed by Eddie Lucio and filed on ? | | | | |
| 308 | George Alvarez Case - State's Answer to Applicant's Petition for Writ of Habeas Corpus (unsigned) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 309 | George Alvarez Case - Findings of Fact and Conclusions of Law, signed by Judge Migdalia Lopez on 6/22/2010 | | | | |
| 310 | George Alvarez Case - Opinion Issued by Court of Criminal Appeals for Alvarez's Writ of Habeas Corpus, filed on 10/18/2010 | | | | |
| 311 | George Alvarez Case - States Motion and Order for Dismissal, signed by Judge Lopez on 10/20/2010 | | | | |
| 312 | George Alvarez Case - States Motion and Order for Dismissal (signed but not filed) with attached e-mail indicating why case was dismissed | | | | |
| 313 | George Alvarez Case - E-mails exchanged between Nora Anderson and Renee Gonzalez | | | | |
| 314 | George Alvarez Case - Criminal History showing recent arrests after being released from prison | | | | |
| 315 | George Alvarez Case - Original Video of Alvarez incident at Brownsville Police Department jail on 11/27/2005 | | | | |
| 316 | George Alvarez Case - Edited Video of Alvarez incident at Brownsville Police Department jail on 11/27/2005 attached to Eddie Lucio's Writ of Habeas Corpus | | | | |
| 317 | Livingston Case - Transcript of Livingston plea and sentencing     B103311-103346 | | | | |
| 318 | Commission for Lawyer Discipline - First Ameneded Disciplinary Petition against Armando Villalobos (Cause Number 99-12-5182-A), filed on 5/5/2000 | | | | |
| 319 | Commission for Lawyer Discipline - Judgment of Partially Probated Suspension against Armando Villalobos (Cause Number 99-12-5182-A), signed on 9/1/2000 | | | | |
| 320 | | | | | |
| 321 | | | | | |
| 322 | | | | | |
| 323 | | | | | |
| 324 | | | | | |
| 325 | Allianz Life Insurance Records for Armando Villalobos     B317616-317660 | | | | |
| 326 | Bank Records for Lone Star Bank Account 62503618 in the Name of Villalobos District Attorney Campaign B315878-316140 | | | | |
| | | | | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February, 2013, a true and correct copy of the foregoing Government's 1st Amended Exhibit List was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Joel Androphy, Norton Colvin, Ashley Gargour, Attorneys for Armando Villalobos

John Blaylock, Rigoberto Flores, Jr., Attorneys for Eduardo Lucio

　　　　　　　　　　　　//s// Gregory J. Surovic
　　　　　　　　　　　　Assistant United States Attorney