IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CRIMINAL NO. 12-0374 |
| | § | |
| ARMANDO VILLALOBOS<br>EDUARDO "EDDIE" LUCIO,<br>    Defendants. | §<br>§<br>§ | |

**DEFENDANT VILLALOBOS'S RESPONSE TO GOVERNMENT'S
MOTION FOR EXTENSION OF DEADLINES**

On March 1, 2013, the Government filed a Motion for Extension of Deadlines. (Docket No. 122). Mr. Villalobos is not opposed to the Government's request for extension of deadlines, but a response is necessary to clarify the record regarding the status of exhibits produced in this case.

Mr. Villalobos advises the Court that the Government has not produced all of its exhibits to Mr. Villalobos and Mr. Lucio. With that clarification, Mr. Villalobos does not oppose the Government's Motion for Extension of Deadlines.

Date:   March 1, 2013					Respectfully submitted,

/s/ Joel Androphy
Joel Androphy
State Bar No. 01254700
S.D. Tex. 53457
Sarah M. Frazier
State Bar No. 24027320
S.D. Tex. 27980
Ashley Gargour
State Bar No. 24065272
S.D. Tex. 1040478
Berg & Androphy
3704 Travis Street
Houston, Texas 77002
Telephone (713) 529-5622
Facsimile (713) 529-3785
Email: jandrophy@bafirm.com
Email:  sfrazier@bafirm.com
Email:  agargour@bafirm.com

**OF COUNSEL:**

Norton A. Colvin, Jr.
State Bar No. 04632100
S.D. Tex. 1941
Colvin, Chaney, Saenz & Rodriguez LLP
1201 E. Van Buren
Brownsville, Texas 78522
Telephone (956) 542-7441
Facsimile (956) 541-2170

**ATTORNEYS FOR DEFENDANT**
**ARMANDO VILLALOBOS**

3

## **CERTIFICATE OF SERVICE**

      On March 1, 2013, a true and correct copy of the foregoing document was served on all counsel of record electronically through the Court's CM/ECF System.

                                           /s/ Joel Androphy
                                           Joel Androphy