IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:12-CR-374-01 |
| | § | |
| ARMANDO VILLALOBOS | § | |

ORDER

**The Defendant having been adjudicated Guilty in this cause, it is hereby ORDERED as provided by Local Rule 32 of the Southern District of Texas,**

1) That the investigation and preparation of the pre-sentence report be completed by the **8th** day of **JULY**, **2013.**

2) **THAT IMMEDIATELY THEREUPON THE PRE-SENTENCE REPORT SHALL BE MADE AVAILABLE TO DEFENSE COUNSEL AND COUNSEL FOR THE GOVERNMENT WHO MUST OBTAIN THE REPORT AT THE PROBATION OFFICE ON THE CITY OF THE SENTENCING COURT EITHER PERSONALLY OR THROUGH AN AGENT. PROVIDED THERE ARE NO DELAYS, ALTERNATIVE DELIVERY VIA EXPRESS MAIL, MESSENGER, OR CERTIFIED MAIL IS AUTHORIZED. COUNSEL SHALL MAKE ARRANGEMENTS FOR THE DELIVERY, AT HIS/HER OWN EXPENSE, AND CONFIRM THOSE ARRANGEMENTS IN WRITING WITH THE PROBATION OFFICER ASSIGNED TO THE CASE. DELIVERY VIA FACSIMILE IS NOT AUTHORIZED.**

3) Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by the **22nd** day of **JULY**, **2013.** If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

4) After further investigation the pre-sentence officer shall submit a final report by the **5th** day of **AUGUST**, **2013**.

5) This case is set for sentencing hearing on the **26th** day of **AUGUST**, **2013** at **8:30 a.m.** .

Signed this 24th day of May, 2013.

_____
Andrew S. Hanen
United States District Judge