IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CRIMINAL NO. B-12-374-001 |
| | § | |
| ARMANDO VILLALOBOS | § | |

# ORDER

The hearing on the sentencing set for January 21, 2014 is reset for **February 11, 2014** at **1:30 p.m.**

Signed this 13th day of January, 2014.

_____
Andrew S. Hanen
United States District Judge