United States District Court
Southern District of Texas
**ENTERED**
April 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:12-CR-374-1 |
| | § | |
| ARMANDO VILLALOBOS | § | |

## **ORDER**

The Court is in receipt of Defendant's Emergency Motion for Release to Home Confinement under 18 USC 3582(C)(1)(A)(i). (Doc 396) To facilitate the Court's expedited consideration of the Motion, it is:

**ORDERED** that by April 20, 2020, the Government file a statement indicating whether it opposes the Motion; and

**ORDERED** that if the Government opposes the requested relief, the Government shall file a brief in response to the Motion by no later than April 22, 2020.

SIGNED this 17th day of April, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge